**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6572**

ISSAC D. PATTERSON,

       Plaintiff – Appellant,

   v.

HAROLD CLARK, Director Virginia/D.O.C.; BRYAN WATSON, Warden; JERRY TOWNSEND, Assistant Warden; ELIZA S. WILLIS, Institutional Program Manager,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:12-cv-00006-RAJ-DEM)

Submitted: October 29, 2015    Decided: November 24, 2015

Before MOTZ, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Issac D. Patterson, Appellant Pro Se. James Milburn Isaacs, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Issac D. Patterson appeals the district court's order granting defendants' motion for summary judgment and dismissing Patterson's complaint filed under 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Patterson claims that defendants are responsible for placing false information in his file, which the Virginia Parole Board relied on to deny him parole. Even if that information was false, "where the denial of parole . . . rests on one constitutionally valid ground, the Board's consideration of an allegedly invalid ground would not violate a constitutional right." Bloodgood v. Garraghty, 783 F.2d 470, 475 (4th Cir. 1986). Here, in addition to the allegedly false information, the Board provided several other constitutionally valid grounds for denying parole. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED